IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY HEWLETT, | ) |
| | ) |
| v. | ) CR 93-B-137-NE |
| | ) CV09-B-8014-NE |
| | ) |
| UNITED STATES OF AMERICA | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on June 19, 2009, recommending that the successive motion to vacate be dismissed as time-barred.[1] The parties were allowed an opportunity to file objections to the findings and recommendation. Hewlett filed objections on July 6, 2009.

Having carefully reviewed and considered *de novo* all the materials in the court file, including Mr. Hewlett's objections to the magistrate judge's findings and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the objections are due to be **OVERRULED** and the motion to vacate is due to be **DISMISSED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 20th day of July, 2009.

_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The magistrate judge also addressed the motion on the merits and concluded that defendant had "not made a prima facie showing that he is actually innocent of carrying a firearm during and in relation to a crime of violence as charged in Count Five of the underlying criminal case." The court agrees with that conclusion.